## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Jane Doe (J.R.L.), an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>Hilton Domestic Operating Company Inc.;<br>Hilton Domestic Management LLC; and<br>Crosstown Center Hotel LLC d/b/a Hampton<br>Inn & Suites,<br><br>                    Defendants. | Civil Action No. 1:24-cv-13227-PBS |

## JOINT STIPULATION AGREEING TO EXTEND DEADLINES

Pursuant to Local Rule 16.1(g), Plaintiff Jane Doe (J.R.L.) ("Plaintiff"), Defendant Hilton Domestic Operating Company Inc. ("Hilton"), and Crosstown Center Hotel LLC d/b/a Hampton Inn & Suites ("Crosstown") (collectively, the "Parties"), by and through their counsel, jointly stipulate and respectfully request that the Court enter the accompanying [Proposed] Order permitting a three-month extension of the current deadlines in this action.

### I.    BACKGROUND

This matter has been pending since December 31, 2024, when Plaintiff filed her Original Complaint ("Complaint"), Dkt. No. 1. Hilton and Crosstown each filed Motions to Dismiss the Complaint on March 24, 2025, Dkt. Nos. 16, 21. On May 6, 2025, the Court stayed discovery as to Hilton while it considered Hilton's Motion to Dismiss the Complaint, Dkt. No. 16. Crosstown served discovery requests to Plaintiff during the period discovery was stayed as to Hilton. The Court denied Hilton's and Crosstown's respective Motions to Dismiss on November 18, 2025, Dkt. No. 72, and, on the same day, vacated the stay as to Hilton, Dkt. No. 73. Plaintiff served discovery requests on November 20, 2025. On December 2, 2025, Hilton filed its Answer, Dkt.

No. 75, and served its discovery requests on Plaintiff. Crosstown filed its Answer on December 4, 2025, Dkt. No. 77.

In furtherance of discovery, the Parties conferred regarding scheduling Plaintiff's deposition, which is key to gathering factual evidence in this matter; however, Plaintiff advised she is only available for deposition after the current fact discovery deadline of December 31, 2025. Considering this, the Parties agree deadlines in this matter should be extended to accommodate for Plaintiff's deposition, allow Hilton a chance to meaningfully participate in discovery, and ensure there is time for discovery to otherwise be properly completed.

II.    **STIPULATION**

Agreed upon filing, but subject to the Court's approval, the Parties stipulate and agree to extend all remaining deadlines in this matter by three months, as follows:

| Item | Current Deadline | Deadline Sought |
|------|------------------|-----------------|
| Close of Fact Discovery | December 31, 2025 | March 31, 2026 |
| Exchange Settlement Proposals | January 8, 2026 | April 8, 2026 |
| Plaintiff's Expert Disclosures | January 30, 2026 | April 30, 2026 |
| Defendants' Expert Disclosures | March 31, 2026 | June 30, 2026 |
| Rule 56 Motions | April 30, 2026 | July 30, 2026 |
| Proposed Trial Date | 150 Days / 5 Months After Close of All Discovery | 150 Days / 5 Months After Close of All Discovery |

Additionally, the Parties agree that any mediation in this matter should be continued to a later date, after the Parties complete additional discovery, to facilitate meaningful negotiations.

Good cause exists for this extension. The Parties have been diligent in their efforts to move forward with discovery, including in the short period since the discovery stay was lifted as to Hilton. However, Plaintiff is unavailable for her deposition until January 29, 2026, which is after the December 31, 2025 fact discovery cutoff date. Completing Plaintiff's deposition is significant to all Parties. Based on the current deadlines, Plaintiff's noticed deposition also falls after several

other important deadlines, including the current Court-ordered deadline to exchange settlement proposals and the date of the scheduled mediation conference. The Parties anticipate that additional information may be obtained in Plaintiff's deposition, such that the Parties will not be able to take informed positions on settlement until after Plaintiff's deposition is completed.

Therefore, these circumstances necessitate a three-month extension of all deadlines in this matter to ensure discovery is completed properly.

Accordingly, the Parties jointly request this Court enter the [Proposed] Order attached hereto as Exhibit A.

Dated: December 11, 2025                AGREED TO BY COUNSEL OF RECORD

/s/ Nicole M. Perry
Nicole M. Perry, *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone:  (832) 239-3939
Email:  nmperry@jonesday.com

Jenna L. LaPointe (BBO #699045)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Phone: (617) 449-6910
Facsimile: (617) 449-6999
Email: jlapointe@jonesday.com

Bethany K. Biesenthal, *Pro Hac Vice*
Allison L. McQueen, *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone:  (312) 782-3939
Email:  bbiesenthal@jonesday.com
        amcqueen@jonesday.com

Andrew J. Clopton, *Pro Hac Vice*
JONES DAY
150 W. Jefferson, Suite 2100
Detroit, MI 48226
Telephone: (313) 733-3939
Facsimile: (313) 230-7997
Email: aclopton@jonesday.com

*Attorneys for Defendant Hilton Domestic Operating Company Inc.*

/s/ Amy B. Yarbro
_____
Amy B. Yarbro, BBO #686665
Grace K. Ferranto, BBO #710961
MORRISON MAHONEY LLP
ayarbro@morrisonmahoney.com
gferranto@morrisonmahoney.com
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500
Fax: 617-342-4887

*Attorneys for Crosstown Center Hotel LLC*

/s/ Kimberly A. Dougherty
_____
Kimberly A. Dougherty, Esq. (BBO# 658014)
JUSTICE LAW COLLABORATIVE
210 Washington Street
North Easton, MA 0256
Tel:  (508) 230-2700
Fax:  (385) 278-0287
Email: Kim@Justicecelc.com

Annie McAdams | SBN 24051014
ANNIE MCADAMS PC
2900 North Loop West
Suite 1130
Houston, Texas 77092
(713) 785-6262
(866) 713-6141 Facsimile
annie@mcadamspc.com

4

David E. Harris | SBN 24049273
Luis O. Sanchez | SBN 24130926
SICO HOELSCHER HARRIS, LLP
819 N. Upper Broadway
Corpus Christi, Texas 78401
(361) 653-3300
(361) 653-3333 Facsimile
dharris@shhlaw.com
lsanchez@shhlaw.com

Bryan Blevins| SBN 02487300
PROVOST UMPHREY LAW FIRM
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Telephone: (409) 838-8813
bblevins@provostumphrey.com

*Attorneys for Plaintiff Jane Doe (J.R.L.)*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, a true copy of the foregoing document was filed with the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Nicole M. Perry*
Nicole M. Perry

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules 26.2(c) and 37.1(b), I hereby certify that on December 11, 2025, I conferred with Plaintiff's counsel regarding this Joint Stipulation, and they consented and jointly agreed to the stipulation defined herein.

*/s/ Nicole M. Perry*
Nicole M. Perry