UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-CV-13227-PBS

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| CROSSTOWN CENTER HOTEL LLC | ) |
| D/B/A HAMPTON INN & SUITES, | ) |
| | ) |
|       Defendants. | ) |

### <u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

The plaintiff, Jane Doe J.R.L., voluntarily dismisses her claims against Defendant Crosstown Center Hotel LLC d/b/a Hampton Inn & Suites **with** prejudice. Counsel for the plaintiff has conferred with counsel for Defendant, who consents and stipulates to this dismissal and agrees that each party will bear its own attorney's fees and costs. The parties agree not to file any further motions in this case once this Notice of Voluntary Dismissal with Prejudice is e-filed in this matter.

*Attorneys for Plaintiff:*

/s/ *Bryan Blevins*
Bryan Blevins | SBN 02487300
PROVOST UMPHREY LAW FIRM
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Telephone: (409) 838-8813
bblevins@provostumphrey.com

Kimberly A. Dougherty, Esq. (BBO# 658014)
Justice Law Collaborative
210 Washington Street
N. Easton, MA 0256
kim@justicelc.com

Annie McAdams | SBN 24051014
Annie Mcadams P.C.
2900 North Loop West

*Attorneys for Defendant Crosstown Center Hotel LLC d/b/a Hampton Inn & Suites:*

/s/ *Amy B. Yarbro*
Amy B. Yarbro, BBO #686665
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:   617-342-4887
ayarbro@morrisonmahoney.com

/s/ *Grace K. Ferranto*
Grace K. Ferranto, BBO #710961
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:   617-342-4887
gferranto@morrisonmahoney.com

104982700.v1

Suite 1130
Houston, TX 77092
annie@mcadamspc.com

David E. Harris | SBN 24049273
Luis O. Sanchez | SBN 24130926
Sico Hoelscher Harris LLP
819 N. Upper Braodway
Corpus Christi, TX 78401
dharris@shhlaw.com
lsanchez@shhlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of March, 2026, a true and correct copy of the foregoing was served via the CM/ECF system, which sent notification of service to all counsel of record.

*/s/Grace K. Ferranto*
Grace K. Ferranto

104982700.v1